| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

**Eastern District of New York**

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

---

**1. Debtor's name**

Ambrosia NY Inc.

---

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Fino French Bistro
Fino Wine & Tapas

---

**3. Debtor's federal Employer Identification Number** (EIN)

26-2437464

---

**4. Debtor's address**

**Principal place of business**

39-13 Bell Blvd.
Number         Street

_____

Bayside             NY     11361
City                        State    ZIP Code

Queens County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                State    ZIP Code

---

**5. Debtor's website** (URL)

www.finofrenchbistro.com

---

**6. Type of debtor**

- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: _____

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

722511

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                            State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f1fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/08/2023
MM  / DD / YYYY

✖ /s/ Jeemin Kim                          Jeemin Kim
Signature of authorized representative of debtor      Printed name

Title  President

**18. Signature of attorney**

✖ /s/ Jeb Singer                          Date  08/08/2023
Signature of attorney for debtor              MM   / DD / YYYY

Jeb Singer
Printed name
J. Singer Law Group, PLLC
Firm name
1 Liberty Plaza 23rd Floor
Number        Street
New York                          NY        10006
City                              State     ZIP Code

9178065832                        jsinger@jsingerlawgroup.com
Contact phone                     Email address

4711347                           NY
Bar number                        State

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

**Fill in this information to identify the case:**

Debtor name    Ambrosia NY Inc.

United States Bankruptcy Court for the:   Eastern District of New York

                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals     **12/15**

---

## Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* ........................................................................................    $ _____ 0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B* ....................................................................................    $ _____ 153,000.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ......................................................................................    $ _____ 153,000.00

---

## Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .................    $ _____ 798,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F* ...........................................    $ _____ 139,821.80

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .....................    **+** $ _____ 520,071.15

4. **Total liabilities** ............................................................................................................    $ _____ 1,457,892.95
    Lines 2 + 3a + 3b

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Ambrosia NY Inc.

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase | Checking | 6  6  4  2 | $ 0.00 |
| 3.2. | | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____ |
|---|---|---|
| 4.2. | _____ | $_____ |

5. **Total of Part 1**    $ 0.00

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

| 7.1. | UMBE Realty (Landlord) | $ 18,000.00 |
|---|---|---|
| 7.2. | Conedison | $ 5,000.00 |

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $ 23,000.00 _____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔    $_____
                                            face amount                      doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ........➔    $_____
                                            face amount                      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                             % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Official Form 206A/B                    **Schedule A/B: Assets — Real and Personal Property**                    page 2

| Debtor | Ambrosia NY Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

<br>

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Wine and Liquor | _____ MM / DD / YYYY | $_____ | Estimate | 40,000.00 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 40,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Dining Room inc. Tables, Chairs, Mirror, Chandelier | $_____ | Estimate | $ 30,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Computer and other office equipment. | $_____ | _____ | $ 10,000.00 |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | · $_____ | |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 40,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Ambrosia NY Inc.
_____    Case number (if known)_____
          Name

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
Kitchen Equpiment

| | | | |
|---|---|---|---|
| | $ 100,000.00 | Estimate | $ 50,000.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 50,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | | Case number (*if known*)_____ |
|---|---|---|---|
| | Name | | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Commercial lease set to expire in or about 2029. | Leasehold | $_____ | _____ | 0.00 $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

0.00
$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | Ambrosia NY Inc. | Case number *(if known)* |
|--------|------------------|--------------------------|
|        | Name             |                          |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|--|------------------------------------|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➜    $_____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3"><strong>Part 12:</strong> Summary</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 23,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 40,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 50,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........91a. | $ 153,000.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................... 153,000.00     $ 153,000.00

**Fill in this information to identify the case:**

Debtor name     Ambrosia NY Inc.

United States Bankruptcy Court for the:     Eastern District of New York

Case number (If known):  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>U.S. Small Business Administration | Describe debtor's property that is subject to a lien<br>Kitchen Equpiment, Computer and other office equipment., Wine and Liquor, Dining Room inc. Tables, Chairs, Mirror, Chandelier | $ 500,000.00 | $ 130,000.00 |

Creditor's mailing address

14925 Kingsport Road
Fort Worth, TX 76155

Creditor's email address, if known

Describe the lien

Date debt was incurred    02/01/2021

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Last 4 digits of account number

Is anyone else liable on this claim?
- ☐ No
- ☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

U.S. Small Business Administration, 1st; U.S. Small Business Administration

| **2.2** Creditor's name<br>U.S. Small Business Administration | Describe debtor's property that is subject to a lien<br>Kitchen Equpiment, Computer and other office equipment., Wine and Liquor, Dining Room inc. Tables, Chairs, Mirror, Chandelier | $298,000.00 | $130,000.00 |

Creditor's mailing address
14925 Kingsport Road
Fort Worth, TX 76155

Creditor's email address, if known

Describe the lien

Date debt was incurred    _____

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Last 4 digits of account number

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- ☐ No
- ☑ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

- ☑ Yes. The relative priority of creditors is specified on lines  2.1

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 798,000.00

Doc ID: 69e597877958a4836f1811f2dde58bdf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|--------|------------------|------------------------|
|        | Name             |                        |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-------------------------------------------------------------|-------------------------------------------------|
| TRANSWORLD SYSTEMS INC.<br>500 Virginia Dr<br>Suite 514<br>Fort Washington, PA, 19034 | Line 2. _2_ | 7272 |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |
| | Line 2. __ | |

**Fill in this information to identify the case:**

Debtor     Ambrosia NY Inc.

United States Bankruptcy Court for the:   Eastern District of New York

Case number
(if known)    _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
IRS - Dept of Treasury
324 25th Street
Ogden, UT, 84401

As of the petition filing date, the claim is: $ 17,574.41     $ 17,574.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2022

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   26-2437464

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.2** Priority creditor's name and mailing address
NYC Dept of Finance
P.O. Box 3933

New York, NY, 10008-3933

As of the petition filing date, the claim is: $ 572.02     $ 572.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019, 2020 and 2021

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   250-102502839003

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** Priority creditor's name and mailing address
New York State Department of Taxation and Finance
W.A. Harriman Campus
Albany, NY, 12227

As of the petition filing date, the claim is: $ 121,675.37     $ 121,675.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
2019-present

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   4647

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Doc ID: 69e597877958a4836f1811f2dde58dbf7f71fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
ADT Security Services
1501 Yamato Rd
Boca Raton, FL, 33431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Deficiency Balance

$ 234.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    4900

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
Amex
P.O. BOX 8218
Mason, OH, 45040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 20,834.11

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    1004

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
Amex
P.O. BOX 8218
Mason, OH, 45040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 11,171.96

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    1002

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
Amex
P.O. BOX 8218
Mason, OH, 45040

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Credit Card Debt

$ 2,439.06

**Date or dates debt was incurred** _____

**Last 4 digits of account number**    2005

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
Auto Chlor Dishwashing Company
1530 Old Country Road
Plainview, NY, 11803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Suppliers or Vendors

$ 1,500.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
Bayside Seas LLC
338 Coster St
Bronx, NY, 10474

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Deficiency Balance

$ 4,252.78

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Doc ID: 69e597877958a4836f1811f2dde58bdf7f7f1fd

Debtor __Ambrosia NY Inc._____    Case number (if known)_____
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7**   **Nonpriority creditor's name and mailing address**

Chase Bank - Cardmembers Services
PO Box 15548
Wilmington, DE, 19886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    3566

$ 28,416.04

---

**3.8**   **Nonpriority creditor's name and mailing address**

Chase Bank - Cardmembers Services
PO Box 15548
Wilmington, DE, 19886

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    4850

$ 38,964.90

---

**3.9**   **Nonpriority creditor's name and mailing address**

City of NY - Fire Dept.
PO Box 412014
Boston, MA, 02241

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 58.10

---

**3.10**   **Nonpriority creditor's name and mailing address**

ConEdison
PO Box 138
New York, NY, 10276

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 67,457.93

---

**3.11**   **Nonpriority creditor's name and mailing address**

Discover Bank
PO Box 30939
Salt Lake City, UT, 84130

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number    0691

$ 4,217.00

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f1fd

| Debtor | Ambrosia NY Inc. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Empire Merchants LLC
16 Bridgewater St
Brooklyn, NY, 11222

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number   8481

$ 909.45

---

**3.13** Nonpriority creditor's name and mailing address

Green Bay Sanitation Corp
253-19 Northern Blvd.
Bayside, NY, 11361

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,769.00

---

**3.14** Nonpriority creditor's name and mailing address

IRS
Building 12 W. Averell Harriman State Office Campus
Albany, NY, 12226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 4,666.10

---

**3.15** Nonpriority creditor's name and mailing address

IRS
Building 12 W. Averell Harriman State Office Campus
Albany, NY, 12226

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Taxes

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 66,647.31

---

**3.16** Nonpriority creditor's name and mailing address

Master Purveyors Inc.
355 Food Center Dr.
Building B-14
Bronx, NY, 10474

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Deficiency Balance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,423.83

---

Doc ID: 69e597877958a4836f1811f2dde58db1f7f71d

Debtor _____Ambrosia NY Inc._____

       Name

Case number (*if known*)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 17   **Nonpriority creditor's name and mailing address**

NYS - Dept of Labor - Unemployment Insurance
PO Box 4301
Binghamton, NY, 13902-4301

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 4,592.88

**Basis for the claim:** Unemployment Insurance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 07-83650 3

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 18   **Nonpriority creditor's name and mailing address**

NYS Tax - State Processing Center
PO BOX 15555
Albany, NY, 12212-5555

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 100,000.00

**Basis for the claim:** Taxes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** E-031410828-1

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 19   **Nonpriority creditor's name and mailing address**

RNDC New York LLC (Opici Wine)
25 De Boer Dr
Glen Rock, NJ, 07452

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 510.56

**Basis for the claim:** Deficiency Balance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 20   **Nonpriority creditor's name and mailing address**

Southern Glazer's Wine & Spirits of NY
3362 Walden Ave
Depew, NY, 14043

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 3,031.79

**Basis for the claim:** Deficiency Balance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1592

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.** 21   **Nonpriority creditor's name and mailing address**

Target Exterminating Corp
27-07 Murray Lane
Flushing, NY, 11354

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 1,218.00

**Basis for the claim:** Deficiency Balance

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Doc ID: 69e597877958a4836f1811f2dde5bd1f7f71f6

| Debtor | Ambrosia NY Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

The Chef's Warehouse
240 Food Center Dr.
Bronx, NY, 10474

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 3,303.72

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___9061___

---

**3.23** Nonpriority creditor's name and mailing address

Travelers
PO Box 660317
Dallas, TX, 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Deficiency Balance

$ 755.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.24** Nonpriority creditor's name and mailing address

UMBE Realty LLC
P.O. Box 630113
Little Neck, NY, 11363

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Landlord

$ 150,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.25** Nonpriority creditor's name and mailing address

Utica National Insurance Group
P.O. 6540
Utica, NY, 13504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 1,320.10

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___BOP3000562700___

---

**3.26** Nonpriority creditor's name and mailing address

Verizon
140 West Street
New York, NY, 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone / Internet services

$ 377.37

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___753001___

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f1fd

| Debtor | Ambrosia NY Inc. | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Ahne & Ji, LLP attn: Younghoon Ji<br>45 East 34th St. 5th Floor<br>New York, NY, 10016 | Line 3.24<br>☐ Not listed. Explain: | _____ |
| 4.2. | Law Offices of Alexander C. Pabst, PLLC<br>118-21 Queens Blvd<br>STE 620<br>Forest Hills, NY, 11375 | Line 3.24<br>☐ Not listed. Explain | _____ |
| 4.3. | NYS - Dept of Taxation and Finance<br>Civil ENforcement-Region 5D<br>W A Harriman Campus<br>Albany, NY, 12227-0001 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 4.4. | NYS - Dept of Taxation and Finance<br>OPTS-Withholding Tax Account Resolution<br>W A Harriman Campus<br>Albany, NY, 12227-0001 | Line 2.3<br>☐ Not listed. Explain | _____ |
| 41. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Doc ID: 69e597877958a4836f1811f2dde58bd1717f1fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | | 5a. | $ 139,821.80 |
| 5b. **Total claims from Part 2** | | 5b. **+** | $ 520,071.15 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ 659,892.95 |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td>Ambrosia NY Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of New York</td></tr>
<tr><td>Case number (If known):</td><td>Chapter 7</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Lease on Commercial Property<br>Lessor | UMBE Realty LLC<br>P.O. Box 630113<br>Little Neck, NY, 11363 |
| | State the term remaining | 6 years | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Auto Chlor Dishwasher<br>Lessee | Auto Chlor Dishwashing Company<br>1530 Old Country Road<br>Plainview, NY, 11803 |
| | State the term remaining | month to month | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Doc ID: 69e597877958a4836f1811f20de58dbf7f7f71fd

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name ___Ambrosia NY Inc.___

United States Bankruptcy Court for the: ___Eastern District of New York___

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Jeemin Kim | 215-38 Corbett Rd. Bayside, NY 11361 | U.S. Small Business Administration | ☑ D ☐ E/F ☐ G |
| 2.2 Jeemin Kim | 215-38 Corbett Rd. Bayside, NY 11361 | UMBE Realty LLC | ☐ D ☑ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

---

Doc ID: 69e597877958a4836f1811f20de58dbf7f7f71fd

**Fill in this information to identify the case:**

Debtor name _____Ambrosia NY Inc._____

United States Bankruptcy Court for the:  Eastern District of New York

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 04/01/2022<br><sub>MM / DD / YYYY</sub> | to | Filing date | ☑ Operating a business<br>☐ Other | $ 400,000.00 |
| **For prior year:** | From 04/01/2021<br><sub>MM / DD / YYYY</sub> | to | 03/30/2022<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 592,477.00 |
| **For the year before that:** | From 04/01/2020<br><sub>MM / DD / YYYY</sub> | to | 03/30/2021<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other | $ 438,204.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____<br><sub>MM / DD / YYYY</sub> | to | Filing date | _____ | $ _____ |
| **For prior year:** | From _____<br><sub>MM / DD / YYYY</sub> | to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |
| **For the year before that:** | From _____<br><sub>MM / DD / YYYY</sub> | to | _____<br><sub>MM / DD / YYYY</sub> | _____ | $ _____ |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br>_____<br>_____<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br>_____<br>_____<br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

Debtor    Ambrosia NY Inc.
_____          Case number (if known)_____
          Name

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| _____ | | _____ | $_____ |
| Creditor's name | | | |
| 5.2. | | | |
| _____ | | _____ | $_____ |
| Creditor's name | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ | | _____ | $_____ |
| Creditor's name | | | |

Last 4 digits of account number: XXXX– _____

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | UMBE Reality LLC vs. Ambrosia NY Inc. | Eviction | Civil Court of the City of New York, County of Queens | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>LT-303956-23/QU | | 89-17 Sutphin Blvd.<br>Jamaica, NY 11435 | |
| 7.2. | **Case title**<br>UMBE Realty LL v. Ambrosia Etc. | | **Court or agency's name and address**<br>Queens County Supreme Court | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>712712/2023 | Non-payment | 88-11 Sutphin Blvd.<br>Queens, NY 11435 | |

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | |
| | | Name |
| | **Case number** | |
| | | |
| | **Date of order or assignment** | |
| | | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | | | | |
| 9.2. | | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | | | | |

---

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $_____ |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | J. Singer Law Group, PLLC | | _____ | $ 4,700.00 |
| | **Address** | | | |
| | One Liberty Plaza, 165 Broadway 23rd Floor, c/o Regus New York, NY 10006 | | | |
| | **Email or website address** www.singerlawgroup.com | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** _____ | | | |
| | **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | | _____ | $_____ |
| | **Trustee** _____ | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (*if known*) |
|--------|------------------|--------------------------|
|        | Name             |                          |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (if known) |
|--------|------------------|------------------------|
|        | Name             |                        |

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

Debtor    Ambrosia NY Inc.
_____    Case number (if known)_____
          Name

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in
    trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material,
  regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor
  formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant,
  or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | _____ Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an
    environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (*if known*)_____ |
|--------|------------------|--------------------------------------------------|
|        | Name             |                                                  |

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-----------------------------------|-----------------------------|----------------|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
|  | | | **Dates business existed** |
|  | | | From _____  To _____ |
| 25.2. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ |
|  | | | **Dates business existed** |
|  | | | From _____  To _____ |
| 25.3. | Business name and address _____ Name | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. EIN: _____ |
|  | | | **Dates business existed** |
|  | | | From _____  To _____ |

---

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

| Debtor | Ambrosia NY Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Taik Sik Jeong<br>Name<br>159-15 Northern Blvd. Flushing, NY  11358 | |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

Debtor     Ambrosia NY Inc._____     Case number (*if known*)_____
           Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

Debtor    Ambrosia NY Inc. _____    Case number (*if known*)_____
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeemin Kim | 215-38 Corbett Rd., Bayside, NY 11361 | President and Sole Owner | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |
|  |  |  | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____<br>Name | _____ | _____ | |
|  |  | _____ | |
|  |  | _____ | |
| Relationship to debtor<br>_____ | | _____ | |

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

Debtor  Ambrosia NY Inc.
_____    Case number (if known)_____
Name

| Name and address of recipient | | |
|---|---|---|
| 30.2 | _____ Name | _____  _____ |
| | | _____ |
| | | _____ |
| | | _____ |
| Relationship to debtor | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN:  _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN:  _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/08/2023
_____
MM  / DD  / YYYY

✖ /s/ Jeemin Kim                                                            Printed name  Jeemin Kim
_____                              _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

United States Bankruptcy Court

Eastern District of New York

In re:  Ambrosia NY Inc.

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

        The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:      08/08/2023    

/s/ Jeemin Kim

Signature of Individual signing on behalf of debtor

President

Position or relationship to debtor

ADT Security Services
1501 Yamato Rd
Boca Raton, FL 33431

Ahne & Ji, LLP attn: Younghoon Ji
45 East 34th St. 5th Floor
New York, NY 10016

Amex
P.O. BOX 8218
Mason, OH 45040

Auto Chlor Dishwashing Company
1530 Old Country Road
Plainview, NY 11803

Bayside Seas LLC
338 Coster St
Bronx, NY 10474

Chase Bank - Cardmembers Services
PO Box 15548
Wilmington, DE 19886

City of NY - Fire Dept.
PO Box 412014
Boston, MA 02241

ConEdison
PO Box 138
New York, NY 10276

Discover Bank
PO Box 30939
Salt Lake City, UT 84130

Empire Merchants LLC
16 Bridgewater St
Brooklyn, NY 11222

Green Bay Sanitation Corp
253-19 Northern Blvd.
Bayside, NY 11361

IRS
Building 12 W. Averell Harriman State Of
Albany, NY 12226

IRS - Dept of Treasury
324 25th Street
Ogden, UT 84401

Jeemin Kim
215-38 Corbett Rd.
Bayside, NY 11361

Jeemin Kim
215-38 Corbett Rd.
Bayside
NY 11361

Law Offices of Alexander C. Pabst, PLLC
118-21 Queens Blvd
STE 620
Forest Hills, NY 11375

Master Purveyors Inc.
355 Food Center Dr.
Building B-14
Bronx, NY 10474

New York State Department of Taxation and Fin
W.A. Harriman Campus
Albany, NY 12227

NYC Dept of Finance
P.O. Box 3933
New York, NY 10008-3933

NYS - Dept of Labor - Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

NYS - Dept of Taxation and Finance
Civil ENforcement-Region 5D
W A Harriman Campus
Albany, NY 12227-0001

NYS - Dept of Taxation and Finance
OPTS-Withholding Tax Account Resolution
W A Harriman Campus
Albany, NY 12227-0001

NYS Tax - State Processing Center
PO BOX 15555
Albany, NY 12212-5555

RNDC New York LLC (Opici Wine)
25 De Boer Dr
Glen Rock, NJ 07452


Southern Glazer's Wine & Spirits of NY
3362 Walden Ave
Depew, NY 14043


Target Exterminating Corp
27-07 Murray Lane
Flushing, NY 11354


The Chef's Warehouse
240 Food Center Dr.
Bronx, NY 10474


TRANSWORLD SYSTEMS INC.
500 Virginia Dr
Suite 514
Fort Washington, PA 19034


Travelers
PO Box 660317
Dallas, TX 75266


U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155


UMBE Realty LLC
P.O. Box 630113
Little Neck, NY 11363


Utica National Insurance Group
P.O. 6540
Utica, NY 13504


Verizon
140 West Street
New York, NY 10007

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Eastern District of New York

**In re** Ambrosia NY Inc.

Case No. _____

**Debtor**

Chapter <sup>7</sup> _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

[✓] FLAT FEE

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 4,700.00 _____

    Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 4,700.00 _____

    Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00 _____

[ ] RETAINER

    For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

    The undersigned shall bill against the retainer at an hourly rate of  . . . . . . . . . . $_____

    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    [✔] Debtor        [ ] Other (specify)

3. The source of compensation to be paid to me is:

    [✔] Debtor        [ ] Other (specify)

4. [✔]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   [Other provisions as needed]

Financial review, preparation of petition, filing, attendance at 341 meeting and advising throughout.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

litigation.

Doc ID: 69e597877958a4836f1811f2dde58dbf7f7f71fd

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for
payment to me for representation of the debtor(s) in this bankruptcy proceeding.

08/08/2023

*Date*

/s/ Jeb Singer, 4711347

*Signature of Attorney*

J. Singer Law Group, PLLC

*Name of law firm*

1 Liberty Plaza
23rd Floor
New York, NY 10006

 **Dropbox** Sign

Audit trail

| | |
|---|---|
| **Title** | Ambrosia Signed Petition |
| **File name** | Ambrosia Final Petition .pdf |
| **Document ID** | 69e597877958a4836f1811f2dde58dbf7f7f71fd |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document history

| | | |
|---|---|---|
| **SENT** | **08 / 08 / 2023**<br>15:32:07 UTC | Sent for signature to Jeemin Kim (jeekim0420@gmail.com) from jsinger@singerlawgroup.com<br>IP: 4.78.163.159 |
| **VIEWED** | **08 / 08 / 2023**<br>15:42:02 UTC | Viewed by Jeemin Kim (jeekim0420@gmail.com)<br>IP: 108.21.67.207 |
| **SIGNED** | **08 / 08 / 2023**<br>15:47:27 UTC | Signed by Jeemin Kim (jeekim0420@gmail.com)<br>IP: 108.21.67.207 |
| **COMPLETED** | **08 / 08 / 2023**<br>15:47:27 UTC | The document has been completed. |